226 So.2d 526

**Marvin and Joy COMPTON**

v.

**COMMERCIAL STANDARD INSURANCE COMPANY et al.**

No. 49987.

Oct. 1, 1969.

In re: Anthony Lodestro, Mrs. Bobbie Lodestro and Commercial Standard Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 224 So.2d 506.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

226 So.2d 526

**STATE of Louisiana**

v.

**Louis Harrison BENNETT.**

No. 50150.

Oct. 1, 1969.

In re: Louis Harrison Bennett applying for writs of certiorari, prohibition and mandamus and in the alternative a writ of habeas corpus.

Applications denied. The application for writ of habeas corpus admits defendant is held under indictment. His application for other writs is based upon the overruling of the motion to quash that indictment. His relief is by appeal if there is a conviction and all errors now urged may then be reviewed by this court.